FILED

08/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0230

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0230

IN THE MATTER OF:

M.G.,

Youth in Need of Care.

## ORDER GRANTING MOTION FOR
## FIRST EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until September 19, 2022, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
August 11 2022
Page 1